UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) CV422-132 |
| KILOLO KIJAKAZI, | ) |
| Defendant. | ) |

# ORDER

Before the Court is Plaintiff Deborah Allen's Notice of Voluntary Dismissal. Doc. 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because the defendant has filed neither an answer nor a motion for summary judgment, Plaintiff's request is **GRANTED**, doc. 8, and this action is **DISMISSED, without prejudice**. The Clerk of Court is directed to **CLOSE** this case.

**SO ORDERED,** this 16th day of June, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA